IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOANN STAFFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06cv0124 |
| ) | |
| BRANDON GOOCH, Individually as a ) | Judge Thomas A. Wiseman, Jr. |
| Deputy Sheriff of Trousdale County, Tennessee, ) | |
| and CHANEY WRIGHT, Individually as a Deputy ) | |
| Sheriff of Trousdale County, Tennessee, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff's Motion to Partial Summary Judgment on the issue of liability (Doc. No. 9). For the reasons set forth in the accompanying Memorandum Opinion, Plaintiffs' motion is hereby **DENIED**.

This case is referred to Magistrate Judge Griffin for further case management.

It is so **ORDERED.**

Thomas A. Wiseman, Jr.
Senior U.S. District Judge