IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOANN STAFFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06cv0124 |
| ) | |
| BRANDON GOOCH, Individually as a ) | Judge Thomas A. Wiseman, Jr. |
| Deputy Sheriff of Trousdale County, Tennessee, ) | |
| and CHANEY WRIGHT, Individually as a Deputy ) | |
| Sheriff of Trousdale County, Tennessee, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Motion for Summary Judgment (Doc. No. 25) filed by Defendants Brandon Gooch and Chaney Wright. The motion has been fully briefed and is ripe for consideration. Having reviewed the parties' written submissions and exhibits, the Court concludes that Defendants are entitled to summary judgment in their favor and dismissal of Plaintiff's § 1983 claims premised upon alleged violations of her Fourth Amendment rights. Defendants' motion is therefore **GRANTED** as to Plaintiff's claims based upon alleged violations of her constitutional rights, and said claims are hereby **DISMISSED WITH PREJUDICE**. The remaining claims are all state-law claims over which this Court declines to exercise supplemental jurisdiction, pursuant to its discretion under 28 U.S.C. § 1367(c)(3). The state-law claims are hereby **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

This is a final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge